IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID C. WEAKLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:05-cv-352-GPM |
| ) | |
| CGB WATERFRONT SERVICES, INC. ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On July 29, 2005, the parties appeared before this Court for an in-person scheduling and discovery hearing.  The purpose of the hearing was to educate the parties about the requirements of the Local Rules regarding the submission of the Joint Report of Parties and Proposed Scheduling Order.  The parties were told what was missing from their submissions and specifically told to submit a proposed order by e-mail to these Chambers.

The parties in this case still have not managed to submit a proper Joint Report and Proposed Scheduling Order.  This is now the second time that the Court has to address the issue of the submission of a routine document.  While the parties may believe that such a task is mundane, the Local Rules of this Court and the CM/ECF User's Manual provide, in detail, the specific requirements and procedures for submitting a Joint Report and Proposed Scheduling Order to chambers.  As attorneys practicing before this Court, the parties' attorneys are under an obligation to know and to follow the Local Rules in this district and also to read and follow the directions provided by the Court.  This includes the Notices, Orders, and Instructions issued by the Court and the CM/ECF Manual.

The parties latest submission is useless to the Court.  The parties, without the benefit of prior approval of the Court, shortened the deadlines for discovery and for the filing of dispositive

motions. The parties are instructed to use the deadlines given in the Local Rules. Moreover, the parties have, even after the Court specifically warned them not to, managed to submit documents in .pdf format. Such a format is unusable. While the Court acknowledges that the parties used the form provided in the Local Rules and submitted it prior to the deadline, it is clear that they did not read the instructions in the CM/ECF manual regarding the Joint Report and the Proposed Scheduling Order. The Court strongly suggests that prior to submitting a new Joint Report and Proposed Scheduling Order, by the new deadline of August 2, 2005, the parties take the time to follow the manual and to input the correct dates. Such a task should not be taxing to capable and respected attorneys. For the benefit of reflection, the Court has attached the offending documents to this order. The Court is hopeful that these events will not be repeated by the attorneys of record in this case and that this litigation will proceed on schedule.

**DATED: July 29, 2005**

**s/ Donald G. Wilkerson**
**DONALD G. WILKERSON**
**United States Magistrate Judge**
